Pittsburgh, etc., R. Co. *v.* Campfield—187 Ind. 729.

*Samuel O. Pickens, Charles W. Moores, R. F. Davidson, Owen Pickens, C. B. Heiserman* and *E. H. Seneff*, for appellant.
*Pliny W. Bartholomew*, for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), *ante* 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer, and for further proceedings not inconsistent herewith.

---

PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* CAMPFIELD.

[No. 23,202. Filed December 19, 1918.]

From Marion Superior Court (99,866); *John J. Rochford,* Judge.

Action by Charles W. Campfield against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for the plaintiff, the defendant appeals. *Reversed.*

*Samuel O. Pickens, Charles W. Moores, R. F. Davidson, Owen Pickens, C. B. Heiserman,* and *E. H. Seneff,* for appellant.
*Pliny W. Bartholomew,* for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), *ante* 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer, and for further proceedings not inconsistent herewith.